UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JOSE QUEZADA,

               Plaintiff,

- against -

FIND YOUR TRAINER, LLC,

               Defendant.
―――――――――――――――――――――――――――――

21-cv-4684 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should submit an Order to Show Cause for a Default Judgment and a Proposed Default Judgment by August 2, 2021.

    SO ORDERED.

Dated:    New York, New York
            July 22, 2021

                                      /s/ John G. Koeltl
                                  John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21