UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

JOSE QUEZADA,

                Plaintiff,

    - against -

FIND YOUR TRAINER, LLC,

                Defendant.
─────────────────────────────────

21-cv-4684 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In light of the Order dated July 22, 2021, the conference scheduled for August 3, 2021 is canceled.

    SO ORDERED.

Dated:    New York, New York
            July 28, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/21